*J. W. Claypool, D. W. Howe* and *R. T. Byers*, for appellants.

*J. R. Wilson, M. M. Townley, J. E. Florea, George Seidensticker* and *Adolph Seidensticker*, for appellees.

PER CURIAM.—The questions involved in this appeal are, in principle, the same as those presented in *Claypool* v. *German Fire Ins. Co.*, 32 Ind. App. 540. Upon the authority of that case the judgment herein is reversed, and the case is remanded, with instructions to restate the conclusions of law and exclude from the amount for which appellee is awarded priority, the sum of $221.44, expended or retained as expenses incident to the loan.

---

## FLOREA *v.* DIAMOND PLATE GLASS COMPANY.

[No. 4,717.    Filed May 19, 1904.]

From Howard Circuit Court; *J. F. Elliott*, Judge.

Action by Orange T. Florea against the Diamond Plate Glass Company and others. From a judgment for defendants, plaintiff appeals. *Reversed.*

*B. C. Moon*, for appellant.

*Milton Bell, W. C. Purdum, J. C. Blacklidge, C. C. Shirley* and *Conrad Wolf*, for appellee.

ROBINSON, J.—The principal question presented in this case is the same as that involved in *Hancock* v. *Diamond Plate Glass Co.*, 162 Ind. 146, and upon the authority of that case this case is reversed and a new trial ordered.

---

## ATKINSON *v.* MORGAN.

[No. 4,762.    Filed June 2, 1904.]

From Monroe Circuit Court; *J. B. Wilson*, Judge.

Action by Minnie M. Atkinson against Ira J. Morgan. From a judgment for defendant, plaintiff appeals. *Affirmed.*

*J. R. East* and *R. H. East*, for appellant.

*R. W. Miers, Edwin Corr* and *D. K. Miers*, for appellee.

PER CURIAM.—The judgment herein is affirmed upon the authority of *Marsh* v. *Marsh*, 160 Ind. 210.